UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

HECTOR HERNANDEZ VAZQUEZ and
AMELIA ORTIZ DELGADO,

    Plaintiffs,

v.

JOE L. CRUZ CORTEZ, et al.,

    Defendants.

Civil No. 96-2580 (JAF)

## ORDER

Trial in this case shall be held on **January 18, 2000, at 9:30 A.M.**

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 9th day of September, 1999.

JOSE ANTONIO FUSTE
U.S. District Judge

AO 72
(Rev 8/82)