UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

HECTOR HERNANDEZ VAZQUEZ and
AMELIA ORTIZ DELGADO,

    Plaintiffs,

    v.

JOE L. CRUZ CORTEZ, et al.,

    Defendants.

Civil No. 96-2580 (JAF)

RECEIVED & FILED
00 JAN 13 AM 10: 01
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

**O R D E R**

Due to conflict with our criminal calendar, trial in this case, scheduled for **January 18, 2000, at 9:30 A.M, is hereby continued *sine die.***

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 11th day of January, 2000.

JOSE ANTONIO FUSTE
U. S. District Judge

s/c: Jury Administrator
Court Reporter

notified by phone to:
John Kerero, three secretary (8:22 Am)
Manuel Hernandez three answering machine (8:22 Am)
1/13/00 RV

(179) a

AO 72
(Rev 8/82)