# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



HECTOR HERNANDEZ-VAZQUEZ, ET AL

VS.                                            CIVIL NO. 96-2580 (JAF)

JOE CRUZ-CORTEZ, ET AL

## O-R-D-E-R

BY ORDER OF THE COURT, this case is set for SETTLEMENT CONFERENCE on **February 10, 2000 at 3:30 P.M.** before Senior Judge Robert J. Ward.

Courtroom Deputy

Attorneys Notified:

Nevares, John
Hernandez-Arroyo, Mauricio

