IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| **MINUTES OF PROCEEDINGS** | | DATE: FEBRUARY 10, 2000 |
| HONORABLE ROBERT J. WARD | | |
| **HECTOR HERNANDEZ-VAZQUEZ,** | * | CIVIL NO. 96-2580 (JAF) |
| Plaintiff | * | |
| vs. | * | Attorneys: |
| | | For Plaintiff: |
| **JOE L. CRUZ-CORTES,** et al | * | Mauricio Hernandez-Arroyo |
| | * | For Defendants: |
| Defendants | | Carlos R. Ramirez |
| | * | |

Counsel met with Court in Chambers and settlement of this action was discussed extensively. Since an agreement could not be reached, case is set for **jury selection** on Monday, February 14, 2000 at 11 AM. Counsel instructed to submit voir dire and requests for charge by 10 AM on day of trial. Jury trial will resume on Wednesday, February 16, 2000 at 9:30 AM when testimony will commence.

_Laura E. Rivera_
Operations Manager