UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
-----------------------------------------------------------x

HECTOR HERNANDEZ VAZQUEZ,
ET ANO.          Plaintiffs,

-against-

JOE L. CRUZ CORTES, ET AL.

                 Defendants.
-----------------------------------------------------------x

CONSENT ORDER
OF DISCONTINUANCE

96-2580 (JAF)

This cause having duly come on to be heard before me and the attorneys for plaintiff(s) and defendant(s) having appeared and advised the Court that all claims asserted herein have been settled, it is

ORDERED that the above entitled action be and hereby is discontinued with prejudice and without costs.

Dated: San Juan, Puerto Rico.
       FEBRUARY 17, 2000

_____
U.S.D.J.

I hereby consent to the entry of this proposed order:

By: _____     By: _____
     Attorney for Plaintiff(s)                Attorney for Defendant(s)