# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO





HECTOR HERNANDEZ VAZQUEZ, ET AL

VS.

JOE CRUZ CORTEZ, ET AL

CIVIL NO. 96-2580(JAF)

## DESCRIPTION OF MOTION

| | | |
|---|---|---|
| **DATE FILED:** 05/17/00 | **DOCKET #:** 91 | **TITLE:** MOTION by pltfs \|for Disbursement of Funds in the amt of $6,000.\| |
| [X]**Plaintiff(s)** | | |
| [ ]Defendant(s) | | |

### O-R-D-E-R

[X] GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: *Granted as requested*

6/27/2000
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

Finance
7/11/00